Lynn Hubbard III, SBN 69773
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, Ca 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDCEast@HubsLaw.com

Attorneys for Plaintiff

United States District Court

Eastern District of California

| | |
|---|---|
| Lary Feezor, | Case No. 2:10-cv-01165-FCD-GGH |
| Plaintiff, | **Notice of Motion and Motion to Amend Plaintiff's Complaint** |
| vs. | |
| Gary L. Patterson, et al., | |
| Defendants. | Date: April 29, 2011<br>Time: 10:00 a.m.<br>Room: 2<br><br>Honorable Frank C. Damrell, Jr. |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that on Monday, April 29, 2011, at 10:00 a.m., or as soon as the matter can be heard before the Honorable Frank C. Damrell, Jr. in the United States District Court, Eastern District of California, plaintiff Lary Feezor ("Feezor") will move the court to allow him to amend his Complaint. Specifically, Feezor seeks to amend his Complaint to add the new pleading requirement set forth in the recent Ninth Circuit opinion, *Chapman v. Pier 1 Imports*. This motion is based on plaintiff's notice of motion, memorandum of points and authorities, and the evidence in concurrence herewith.

Dated: March 14, 2011        DISABLED ADVOCACY GROUP, APLC

                               */s/ Lynn Hubbard, III, Esquire*
                               LYNN HUBBARD, III
                               Attorney for Plaintiff

*Feezor v. Patterson, et al.*, Case No. 2:10-cv-01165-FCD-GGH
Notice of Motion and Motion to Amend
Page 2