PAUL M. OSTROFF (State Bar No. 67054)
ostroffp@lanepowell.com
**LANE POWELL** PC
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendant
PENDLETON WOOLEN MILLS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GARY L. PATTERSON; PENDLETON WOOLEN MILLS dba PENDLETON; FUSION PIT, a general partnership dba FUSION PIT; HANESBRANDS DIRECT, LLC dba L'EGGS/HANES/BALI/ PLAYTEX STORE #103; THE GAP, INC. dba GAP OUTLET #7713; PHILLIPS-VAN HEUSEN CORPORATION dba VAN HEUSEN FACTORY STORE #264; VF OUTDOOR, INC. dba VANS #044; EDDIE BAUER, a Delaware LLC dba EDDIE BAUER OUTLET #R-463,<br><br>　　　　　　Defendants. | Civil No. 2:10-CV-01165-FCD-GGH<br><br>**DEFENDANT PENDLETON WOOLEN MILLS, INC.'S APPLICATION TO APPEAR TELEPHONICALLY**<br><br>Date:　　April 8, 2011<br>Time:　　10:00 a.m.<br>Ctrm:　　2 |

　　　　Paul M. Ostroff, Lane Powell, PC, counsel for Defendant Pendleton Woolen Mills, Inc. ("Pendleton") respectfully requests that he be authorized to appear telephonically at the hearing on plaintiff's motion to amend complaint, currently set for April 8, 2011, at 10 a.m.

1    There is good cause to permit a telephonic appearance because defendant's counsel maintains his office in Portland, Oregon, and a telephonic appearance will promote judicial economy and efficiency.

   WHEREFORE, it is respectfully requested that an Order be issued authorizing defendant's counsel to appear telephonically.

DATED:  April 1, 2011

                    LANE POWELL PC


                    By  *s/ Paul M. Ostroff*
                       PAUL M. OSTROFF
                       Attorneys for Defendant
                       PENDLETON WOOLEN MILLS, INC.