1  LYNN HUBBARD III, SBN 69773
2  SCOTTLYNN J HUBBARD IV, SBN, 212970
   DISABLED ADVOCACY GROUP, APLC
3  12 Williamsburg Lane
   Chico, CA 95926
4  Telephone:  (530) 895-3252
   Facsimile:   (530) 894-8244

5  Attorneys for Plaintiff LARY FEEZOR

6  JOHN G. CONNOLLY, SBN 115550
7  CONNOLLY, FINKEL & GOSSELIN LLP
   601 S. Figueroa Street, Suite 2610
8  Los Angeles, CA 90017
   Telephone: (213) 452-6500
9  Facsimile: (213) 622-2171

10 Attorneys for Defendant
   VF OUTDOOR, INC. dba VANS

11

12              UNITED STATES DISTRICT COURT
13              EASTERN DISTRICT OF CALIFORNIA
14

15 | LARY FEEZOR, | Case No. 2:10-CV-01165-FCD-GGH |
|---|---|
| Plaintiff, | |
| v. | STIPULATION FOR DISMISSAL OF DEFENDANT VF OUTDOOR, INC. dba VANS |
| GARY L. PATTERSON, et al., | |
| Defendants. | |

Stipulation for Dismissal of
Defendant VF Outdoor, Inc.          - 1 -          *Feezor v. Patterson, et al.*
                                                   2:10-CV-01165-FCD-GGH

TO THE COURT AND ALL PARTIES:

Plaintiff, LARY FEEZOR, and defendant, VF OUTDOOR, INC. dba VANS, stipulate to and jointly request that this Court enter a dismissal without prejudice of plaintiff's complaint in the above-referenced action pursuant to Fed. R. Civ. P. 41(a)(2) **as to VF OUTDOOR, INC. dba VANS *only***.

Nothing in this request shall be construed to affect plaintiff's complaint and claims in the above referenced case against defendants other than defendant **VF OUTDOOR, INC. dba VANS**.

Dated: May 3, 2011                DISABLED ADVOCACY GROUP, APLC

 */s/   Lynn Hubbard III*
LYNN HUBBARD III
Attorney for Plaintiff Lary Feezor

Dated: May 3, 2011                CONNOLLY, FINKEL & GOSSELIN LLP

 */s/   John G. Connolly*
JOHN G. CONNOLLY
Attorney for Plaintiff VF Outdoor, Inc.

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:10-CV-01165-FCD-GGH, is hereby dismissed without prejudice as to defendant VF OUTDOOR, INC. dba VANS.

Dated: May 4, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stipulation for Dismissal of
Defendant VF Outdoor, Inc.                    - 2 -                    *Feezor v. Patterson, et al.*
2:10-CV-01165-FCD-GGH